UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

TRUSTEES OF EMPIRE STATE CARPENTERS ANNUITY,
APPRENTICESHIP, LABOR-MANAGEMENT COOPERATION,
PENSION AND WELFARE FUNDS,

                                                                                 **AFFIDAVIT OF SERVICE**

                        Plaintiffs,

             -against-

                                                              Case No.:  2:13-CV-5760

CLAUDE RODRIGUE d/b/a MR DRYWALL, INC.,
C.R. DRYWALL CO., INC. and C.R. DRYWALL
RESIDENTIAL, INC.,

                        Defendants.
_____

STATE OF NEW YORK    )
                                )    ss.:
COUNTY OF ALBANY    )

        I, Brian M. Quinn, being duly sworn, deposes and says: I am not a party to this action and am over 18 years of age. I served true and correct copies of the within: 1) Quinn Affidavit dated May 2, 2016, 2) Quinn Supplemental Affidavit dated September 30, 2016, 3) Rodrigue Affidavit dated May 2, 2016 4) Rodrigue Supplemental Affidavit dated June 28, 2016, 5) Defendants' Rule 56.1 Supplemental Response and Counterstatement of Material Facts, 6) Exhibits A-F in association of Quinn Affidavit and 7) Memorandum of Law dated September 30, 2016., to the following person(s) at the following time(s) and place(s) and in the following manner:

**VIRGINIA & AMBINDER, LLP**
*Attorneys for Plaintiffs*
Todd Dickerson, Esq.
40 Broad Street, 7th Street
New York, New York 10004
(212) 943-9080
tdickerson@vandallp.com


**DAVID BRICKMAN, PC**
*Attorneys for Defendant C.R. Drywall Co.*
David Brickman, Esq.
1664 Western Avenue
Albany, New York 12203
davidbrickman@verizon.net


On September 30, 2016 by electronic court filing system (ECF) and regular mail.


Dated: September 30, 2016

_____
Brian M. Quinn

Sworn to before me this
30th day of September, 2016.

_____
Notary Public

NICHOLAS BRADT
Notary Public, State of New York
Qualified in Schenectady Co., No. 01BR6258009
Commission Expires: 03-19-2020

2